IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LAWRENCE JULIEN,<br><br>        Plaintiff,<br><br>  v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT,<br><br>        Defendant.<br>_____ / | No. C -12-02366 EDL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION** |

On September 19, 2012, Plaintiff's counsel sought an extension of time to file an opposition to Defendant's motion to dismiss, noting that counsel had two deaths in her family around the time that the opposition had been due. Good cause appearing, Plaintiff's time to oppose the motion to dismiss is extended to September 24, 2012. Any reply shall be filed no later than October 1, 2012. The hearing remains scheduled for October 16, 2012.

IT IS SO ORDERED.

Dated: September 21, 2012

                                                                ELIZABETH D. LAPORTE<br>
                                                                United States Magistrate Judge