IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL LAWRENCE JULIEN,           No. C -12-02366 EDL

    Plaintiff,                         **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

v.

VALLEJO CITY UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

On September 19, 2012, Plaintiff's counsel sought an extension of time to file an opposition to Defendant's motion to dismiss, noting that counsel had two deaths in her family around the time that the opposition had been due. Good cause appearing, Plaintiff's time to oppose the motion to dismiss is extended to September 24, 2012. Any reply shall be filed no later than October 1, 2012. The hearing remains scheduled for October 16, 2012.

IT IS SO ORDERED.

Dated: September 21, 2012

                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge