KELLIE M. MURPHY, ESQ. (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT
VALLEJO CITY UNIFIED SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL LAWRENCE JULIEN,<br><br>  Plaintiff,<br><br>v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT,<br><br>  Defendants. | **CASE NO. C 12-02366 EDL**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 19, 2013 FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-10(a), Kellie M. Murphy, Counsel for Defendant Vallejo City Unified School District ("District") hereby respectfully requests to appear telephonically at the February 19, 2013 10:00 a.m. Further Case Management Conference in the above-entitled

///

///

///

1

REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 19, 2013   CASE NO. C 12-02366 EDL
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1 matter. Ms. Murphy can be reached at (916) 921-5800 on the specified date and time.

3 Respectfully submitted,

4 Dated: February 12, 2013    JOHNSON SCHACHTER & LEWIS
                              A Professional Law Corporation

6 By: /s/ Kellie M. Murphy
    KELLIE M. MURPHY
    Attorneys for Defendant VALLEJO CITY
    UNIFIED SCHOOL DISTRICT

10 IT IS SO ORDERED:

12 Date: February 13, 2013    *[signature: Elizabeth D. Laporte]*
                              THE HON. ELIZABETH D. LAPORTE

2

REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 19, 2013    CASE NO. C 12-02366 EDL
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER