KELLIE M. MURPHY, ESQ. (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT
VALLEJO CITY UNIFIED SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL LAWRENCE JULIEN,<br><br>Plaintiff,<br><br>v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | **CASE NO. C 12-02366 EDL**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 19, 2013 FURTHER CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-10(a), Kellie M. Murphy, Counsel for Defendant Vallejo City Unified School District ("District") hereby respectfully requests to appear telephonically at the February 19, 2013 10:00 a.m. Further Case Management Conference in the above-entitled

///

///

///

1

REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 19, 2013 FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER — CASE NO. C 12-02366 EDL

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

matter. Ms. Murphy can be reached at (916) 921-5800 on the specified date and time.

Respectfully submitted,

Dated: February 12, 2013

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By: /s/ Kellie M. Murphy
KELLIE M. MURPHY
Attorneys for Defendant VALLEJO CITY UNIFIED SCHOOL DISTRICT

IT IS SO ORDERED:

Date: February 13, 2013

THE HON. ELIZABETH D. LAPORTE