KELLIE M. MURPHY, ESQ. (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT
VALLEJO CITY UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LAWRENCE JULIEN,<br><br>  Plaintiff,<br><br>v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT,<br><br>  Defendants. | CASE NO. C 12-02366 EDL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 24, 2013 FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br>AS MODIFIED |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-10(a), Kellie M. Murphy, Counsel for Defendant Vallejo City Unified School District ("District") hereby respectfully requests to appear telephonically at the April 24, 2013 10:00 a.m. Further Case Management Conference in the above-entitled

///

///

///

1

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  matter.  Ms. Murphy can be reached at (916) 921-5800 on the specified date and time.

3  Respectfully submitted,

4  Dated:  March 28, 2013            JOHNSON SCHACHTER & LEWIS
                                     A Professional Law Corporation

6                                    By: /s/ Kellie M. Murphy_____
                                         KELLIE M. MURPHY
7                                    Attorneys for Defendant VALLEJO CITY
                                     UNIFIED SCHOOL DISTRICT

10 IT IS SO ORDERED:

12 Date: March 29, 2013            _____
                                   THE HON. ELIZABETH D. LAPORTE

REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 4, 2013           CASE NO. C 12-02366 EDL
FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

# PROOF OF SERVICE

**CASE NAME:** JULIEN v. VALLEJO CITY UNIFIED SCHOOL DISTRICT
**CASE NO.:** C 12-02366 EDL

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **REQUEST FOR TELEPHONIC APPEARANCE AT APRIL 4, 2013 FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

___ United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

_X_ ELECTRONIC SERVICE - by causing such document to be served electronically to the addressees listed below.

___ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

___ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Marc A. Guillory, Esq.
Guillory Law, P.C.
1701 Harrison Street
Oakland, CA 94612
(510) 836-2111
FAX (510) 836-2112
E-mail: guillorylaw@gmail.com

_X_ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 28, 2013 at Sacramento, California.

.
                                   /s/ Susan M. Aldridge
                                   SUSAN M. ALDRIDGE